E-FILED: **2/26/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK V. BONE,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>    Defendants. | CASE NO. CV 09-7327-GHK (Ex)<br><br>**JUDGMENT** |

Pursuant to our February 26, 2010 Order, issued concurrently herewith, Defendants City of Los Angeles and John Kelly are **DISMISSED with prejudice** as to Claim 4 and **DISMISSED without prejudice** as to Claims 1, 2, 3, and 5.

**IT IS SO ORDERED**.

DATED: February 26, 2010

_____
GEORGE H. KING
United States District Judge