JS - 6

**FILED: 5/16/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK V. BONE, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LOS ANGELES, <br><br> Defendants. | **CASE NO. 09-7327 GHK (Ex)** <br><br> **ORDER OF DISMISSAL** |

The parties having gone for mediation on May 12, 2014, and the Court having been advised that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **SIXTY (60) DAYS**, to reopen the action if settlement is not consummated.

DATED: 5/16/14

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE